RECEIVED
JUN 0 1 2023
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI



United States District Court
Click here to enter text.

Jackie E. Scott

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Tallahatchie County Library System
P.O. Box 219
Charleston, MS 38921

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section I. Do not include addresses here.)*

**Case No.** 3:23cv205-NBB-RP
(To be filled out by Clerk's Office only)

# COMPLAINT

Jury Demand?
☒ Yes
☐ No

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

## I. PARTIES IN THIS COMPLAINT

### Plaintiff

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff: Scott, Jackie E.
Name (Last, First, MI)

P.O. Box 165, 619 Holly St
Street Address

Tallahatchie | MS | 38963
County, City | State | Zip Code

662-902-0894
Telephone Number

jes0844@gmail.com
E-mail Address (if available)

### Defendant(s)

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: Tallahatchie County Library System
Name (Last, First)

P.O. Box 219
Street Address

Charleston | MS | 38921
County, City | State | Zip Code

Defendant 2: ______________________
Name (Last, First)

______________________
Street Address

______________________
County, City | State | Zip Code

**Defendant(s) Continued**

Defendant 3: ______________________________
Name (Last, First)

______________________________
Street Address

______________________________
County, City State Zip Code

Defendant 4: ______________________________
Name (Last, First)

______________________________
Street Address

______________________________
County, City State Zip Code

## II. BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☐ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☐ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☑ **Federal Question:** Claim arises under the Constitution, laws, or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

Age and racial discrimination. Employment discrimination.

## III. VENUE

*This court can hear cases arising out of* Click here to enter text.

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:

## IV. STATEMENT OF CLAIM

Place(s) of occurrence: Tallahatchie County Library in Tutwiler, MS

Date(s) of occurrence: 7/30/2020; 1/05/2021

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

**FACTS:**

What happened to you?

On January 5, 2021. Ms. Etheridge stated that I was fined, I asked her why I was being fined. She was very arrogant and disrespectful. She said that she did not have to give me a reason and that Mississippi is an at-will state and that she could fine me for any reason.

Was anyone else involved?

Who did what?

## V. INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

## VI. RELIEF

The relief I want the court to order is:

- ☑ Money damages in the amount of: $ 100,000.00
- ☑ Other (explain):

Social justice.

## VII. CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

6/1/23
Dated

[signature]
Plaintiff's Signature

Scott, Jackie E.
Printed Name (Last, First, MI)

P.O. Box 765 — Tutwiler — MS — 38963
Address — City — State — Zip Code

662-902-0094
Telephone Number

jes0844@gmail.com
E-mail Address (if available)

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*